IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CRESTA TECHNOLOGY CORPORATION, | |
| Plaintiff, | |
| v. | C.A. No. 14-0078-RGA |
| SILICON LABORATORIES, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., | JURY TRIAL DEMANDED |
| Defendants. | |
| CRESTA TECHNOLOGY CORPORATION, | |
| Plaintiff, | |
| v. | C.A. No. 14-0079-RGA |
| MAXLINEAR, INC., SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, and VIZIO, INC., | JURY TRIAL DEMANDED |
| Defendants. | |

## JOINT STIPULATION AND ORDER TO STAY

WHEREAS, Plaintiff Cresta Technology Corporation ("Plaintiff") and Defendants Silicon Laboratories, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., MaxLinear, Inc., Sharp Corporation, Sharp Electronics Corporation, and VIZIO, Inc. (collectively, "Defendants") in the above-captioned cases are also parties to a proceeding before the United States International Trade Commission (the "ITC") under section 337 of the Tariff Act of 1930 in the matter titled, *Certain Television*

*Sets, Television Receivers, Television Tuners, and Components Thereof,* Investigation No. 337-
TA-910;

WHEREAS, the ITC issued a Notice of Institution of Investigation naming Plaintiff as
complainant and Defendants as respondents on February 27, 2014;

WHEREAS, the Notice of Institution of Investigation was published in the Federal
Register on March 5, 2014;

WHEREAS, Defendants seek and Plaintiff is agreeable to a stay in the above-captioned
action until the determination of the ITC becomes final under 28 U.S.C. § 1659(a);

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG Defendants and
Plaintiff that the above-captioned action be stayed until the determination of the ITC becomes
final under 28 U.S.C. § 1659(a). Defendants reserve and do not waive any defenses.

Dated: March 7, 2014

**FARNAN LLP**

*/s/ Brian E. Farnan*
Joseph J. Farnan, III (#3945)
Brian E. Farnan (#4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302)777-0300
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Cresta Technology
Corporation*

**RICHARDS, LAYTON & FINGER**

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (# 2555)
Anthony Flynn Jr. (#5750)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
cottrell@rlf.com
flynn@rlf.com

*Attorneys for Defendants Sharp Corp. and
Sharp Electronics Corp.*

**DLA PIPER LLP (US)**

/s/ *Denise S. Kraft*
Denise S. Kraft (# 2778)
Brian A. Biggs (# 5591)
1201 North Market Street
Suite 2100
Wilmington, DE 19801-1147
(302) 468-5700
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendants Silicon Laboratories,*
*Inc., Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

**MCANDREWS, HELD & MALLOY, LTD.**

/s/ *Gregory C. Schodde*
Gregory C. Schodde
Thomas J. Wimbiscus
Ronald H. Spuhler
Ryan J. Jungels
500 West Madison Street, 34th Floor
Chicago, IL 60661
(312) 775-8000
GSchodde@mcandrews-ip.com
TWimbiscus@mcandrews-ip.com
HSpuhler@mcandrews-ip.com
RJungels@mcandrews-ip.com

*Attorneys for Defendant MaxLinear, Inc.*

**FISH & RICHARDSON P.C.**

/s/ *Jeremy D. Anderson*
Jeremy D. Anderson (# 4515)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, Delaware 19899
(302) 652-5070
janderson@fr.com

*Attorneys for Defendants LG Electronics Inc.*
*and LG Electronics U.S.A., Inc.*

**ASHBY & GEDDES**

/s/ *Steven J. Balick*
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant VIZIO, Inc.*

SO ORDERED this 7th day of March 2014.

Honorable Richard G. Andrews
U.S. District Court Judge