IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CRESTA TECHNOLOGY CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action NO. 14-78-RGA |
| | : | |
| SILICON LABORATORIES, INC., et al, | : | |
| | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| CRESTA TECHNOLOGY CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action NO. 14-79-RGA |
| | : | |
| MAXLINEAR, INC., et al, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

WHEREAS, the above-captioned cases were stayed on March 7, 2014, due to a proceeding that is presently pending before the United States International Trade Commission (the "ITC") (D.I. 17 in Civil Action 14-78-RGA, and D.I. 14 in Civil Action 14-79-RGA);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned cases are **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "ITC" proceeding has been resolved so that the cases may be reopened and other appropriate action may be taken.

March 10, 2014
DATE

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE