# FARNAN LLP

March 30, 2015

**VIA E-FILING**
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801

Re:   *Cresta Technology Corp. v. Silicon Laboratories, Inc., et al.*, No. 14-cv-78-RGA;
        *Cresta Technology Corp. v. MaxLinear, Inc., et al.*, No. 14-cv-79-RGA

Dear Judge Andrews:

Pursuant to the Court's March 26, 2015, Orders in the above-captioned cases (D.I. 20 in Case No. 14-cv-78-RGA, D.I. 17 in Case No. 14-cv-79-RGA), Plaintiff Cresta Technology Corporation ("Plaintiff" or "CrestaTech") and Defendants Silicon Laboratories, Inc. ("SiLabs"), Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., LG Electronics, Inc., LG Electronics U.S.A., MaxLinear, Inc. ("MxL"), Sharp Corporation, Sharp Electronics Corporation, and VIZIO, Inc. (collectively, "Defendants") jointly file this status letter.

The above-captioned cases were filed on January 21, 2014. The parties in these cases are also parties to the proceeding before the United States International Trade Commission (the "ITC") under section 337 of the Tariff Act of 1930 in the matter titled *Certain Television Sets, Television Receivers, Television Tuners, and Components Thereof*, Investigation No. 337-TA-910 (the "ITC Proceeding"). On February 27, 2014, the ITC issued a Notice of Institution of Investigation naming Plaintiff as complainant and Defendants as respondents. On March 5, 2014, the Notice of Institution of Investigation was published in the Federal Register. On March 7, 2014, the parties filed a joint stipulation and order to stay the cases before this Court until the determination of the ITC in the ITC Proceeding becomes final under 28 U.S.C. § 1659(a). (D.I. 16 in Case No. 14-cv-78-RGA, D.I. 13 in Case No. 14-cv-79-RGA). The Court ordered the cases stayed on the same day. (D.I. 17 in Case No. 14-cv-78-RGA, D.I. 14 in Case No. 14-cv-79-RGA). On March 10, 2014, the Court issued the Order to administratively close the cases pending the resolution of the ITC Proceeding. (D.I. 18 in Case No. 14-cv-78-RGA, D.I. 15 in Case No. 14-cv-79-RGA).

The ITC Administrative Law Judge ("ALJ") held a hearing in the ITC Proceeding on December 1–5, 2014. On February 27, 2015, the ALJ issued the Initial Determination on Violation of Section 337 and Recommended Determination on Public Interest, Remedy, and Bonding (the "ID"), determining there is no violation of Section 337. The ALJ's public notice regarding the ID, containing conclusions of law, is attached hereto as Exhibit A.

On March 16, 2015, CrestaTech filed a Petition for Review of the ID, Respondents filed two Contingent Petitions for Review of the ID, and the ITC Staff filed a separate Petition for Review of the ID. The responses to all petitions were filed on March 24, 2015. The petitions are currently pending before the ITC.

The ITC's target date for completion of investigation is June 29, 2015. Pursuant to the Court's Order administratively closing these cases, the parties will promptly notify the Court when the ITC Proceeding has been resolved.

Respectfully submitted,

**FARNAN LLP**

/s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302)777-0300
(302)777-0301 (fax)
bfarnan@farnanlaw.com

*Attorneys for Plaintiff Cresta Technology Corporation*

**MCANDREWS, HELD & MALLOY, LTD.**

/s/ Gregory C. Schodde
Gregory C. Schodde
Thomas J. Wimbiscus
Ronald H. Spuhler
Guy Barcelona
500 West Madison Street, 34th Floor
Chicago, IL  60661
Telephone: (312) 775-8000
GSchodde@mcandrews-ip.com
TWimbiscus@mcandrews-ip.com
HSpuhler@mcandrews-ip.com
RJungels@mcandrews-ip.com

*Attorneys for Defendant MaxLinear, Inc.*

**DLA PIPER LLP (US)**

/s/ Denise S. Kraft
Denise S. Kraft (DE No. 2778)
Brian A. Biggs (DE No. 5591)
1201 North Market Street
Suite 2100
Wilmington, DE  19801-1147
Telephone:  (302) 468-5700
denise.kraft@dlapiper.com
brian.biggs@dlapiper.com

*Attorneys for Defendants Silicon Laboratories, Inc., Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

**RICHARDS, LAYTON & FINGER**

/s/ Anthony G. Flynn, Jr.
Frederick L. Cottrell, III (Bar No. 2555)
Anthony G. Flynn, Jr. (Bar No. 5750)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
302.651.7509
cottrell@rlf.com

*Attorneys for Defendants Sharp Corp. and Sharp Electronics Corp.*

**FISH & RICHARDSON P.C.**

/s/ Jeremy D. Anderson
Jeremy D. Anderson (DE Bar No. 4515)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, Delaware  19899
(302) 652-5070
janderson@fr.com

*Attorneys for Defendants LG Electronics Inc.*
*and LG Electronics U.S.A., Inc.*

**ASHBY & GEDDES**

/s/ Steven J. Balick
Steven J. Balick (#2114)
Lauren E. Maguire (#4261)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
lmaguire@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Defendant VIZIO, Inc.*